# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 10/06/22   Time: 11:00 a.m.

Defendant: Monika Shauntel Jenkins (J)   J#: _____   Case #: 22-6468-Hunt

AUSA: Marc Anton - Duty   Attorney: _____

Violation: RICO Conspiracy (Middle District of Florida - Orlando Division)

Proceeding: Initial Appearance   CJA Appt: _____

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond: PTD

Bond Set at: _____   Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☒ Travel extended to: SDFL
- ☒ Other: Appear at all court hearing and commit no new crimes.

Language: English

Disposition:
All parties present.

Defendant advised of her rights and charges.

Frank A. Maister, Esq., filed a Temporary NOA.

**Brady Issued**

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: _____
PTD/Bond Hearing: 10/12/22   9:00 a.m.   Duty   FTL
Prelim/Arraign or Removal: 10/12/22   9:00 a.m.   Duty   FTL
Status Conference RE: _____

Check if Applicable: ☐   The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:04:42   Time in Court: 20 Mins

Page: _____